STEPHEN DANZ (SB# 68318)
STEPHEN DANZ & ASSOCIATES
11661 San Vicente Blvd., Suite 500
Los Angeles, CA 90049
Telephone: (877) 789-9707/Facsimile: (310) 207-5006
stephen.danz@employmentattorneyca.com

CHRISTOPHER R. LECLERC (SB#233479)
LE CLERC & LE CLERC, LLP
12 Geary Street, Suite 205
San Francisco, CA 94108
Telephone: (415) 445-0900/Facsimile: (415) 445-9977
chris@leclerclaw.com
Attorneys for Plaintiff
ERIC JORGENSON

ELLEN M. PAPADAKIS (SBN 186621)
DAVID A. KOLEK (SBN 245330)
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200/ Facsimile: (415) 984-8300
epapadakis@nixonpeabody.com

ADRIANNE C. MAZURA (PRO HAC VICE)
TRACY L. FARLEY (PRO HAC VICE)
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5214/Facsimile: (312) 632-1778
adrianne.mazura@quarles.com
tracy.farley@quarles.com
Attorneys for Defendant
USCC PAYROLL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC JORGENSON,<br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>USCC PAYROLL CORPORATION, a Delaware Corporation and DOES 1-100, inclusive,<br>　　　　　　Defendants. | No.　C 11-00026 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE** |

-2-

1  Plaintiff, Eric Jorgenson, and Defendant, USCC Payroll Corporation, by and through their
2  respective attorneys, hereby stipulate to the rescheduling of the case management conference by
3  showing good cause as follows:

4  1. The initial case management conference is currently set for April 22, 2011, which
5  is Good Friday.

6  2. Given the holiday weekend as well as the fact that lead counsel, Tracy Farley, must
7  travel in from Chicago to attend the case management conference in person, the parties hereby
8  request that the case management conference be reset for one week later on April 29, 2011 at 1:30
9  p.m.

Dated: March 18, 2011

Respectfully Submitted,
LE CLERC & LE CLERC, LLP                    QUARLES & BRADY LLP

By:  /s/ Christopher LeClerc                By:  /s/ Tracy L. Farley
     Christopher LeClerc                         Tracy L. Farley
     Attorneys for Plaintiff                     Attorneys for Defendant
     ERIC JORGENSON                              USCC PAYROLL CORPORATION

IT IS SO ORDERED.

Dated: March 21, 2011

_____
JUDGE JEFFREY S. WHITE

-2-
STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE
QB\12810468.1