STEPHEN DANZ (SB# 68318)
STEPHEN DANZ & ASSOCIATES
11661 San Vicente Blvd., Suite 500
Los Angeles, CA  90049
Telephone: (877) 789-9707/Facsimile: (310) 207-5006
stephen.danz@employmentattorneyca.com

CHRISTOPHER R. LECLERC (SB#233479)
LE CLERC & LE CLERC, LLP
12 Geary Street, Suite 205
San Francisco, CA 94108
Telephone: (415) 445-0900/Facsimile: (415) 445-9977
chris@leclerclaw.com
Attorneys for Plaintiff
ERIC JORGENSON

ELLEN M. PAPADAKIS (SBN 186621)
DAVID A. KOLEK (SBN 245330)
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California  94111-3600
Telephone: (415) 984-8200/ Facsimile: (415) 984-8300
epapadakis@nixonpeabody.com

ADRIANNE C. MAZURA (PRO HAC VICE)
TRACY L. FARLEY (PRO HAC VICE)
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL  60654
Telephone:  (312) 715-5214/Facsimile: (312) 632-1778
adrianne.mazura@quarles.com
tracy.farley@quarles.com
Attorneys for Defendant
USCC PAYROLL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC JORGENSON,<br>                    Plaintiff,<br><br>       vs.<br><br>USCC PAYROLL CORPORATION, a Delaware Corporation and DOES 1-100, inclusive,<br>                    Defendants. | No.   C 11-00026 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE** |

-1-
STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE
QB\12810468.1

1    Plaintiff, Eric Jorgenson, and Defendant, USCC Payroll Corporation, by and through their respective attorneys, hereby stipulate to the rescheduling of the case management conference by showing good cause as follows:

    1.    The initial case management conference is currently set for April 29, 2011 (the CMC was previously continued for one week because it was originally scheduled on Good Friday).

    2.    The parties have been engaging in direct settlement discussions and would like to further flush out the possibility of resolving this action without continuing to incur attorneys' fees and costs, including, without limitation, finalizing initial disclosures, and the travel costs and fees associated with Ms. Farley travelling to San Francisco from Chicago, Illinois for the case management conference.

    3.    Moreover, if the parties are able to resolve the issues, it will have saved the Court's time spent in conducting the case management conference and preparing the case management order.

Dated: April 26, 2011

Respectfully Submitted,

| LE CLERC & LE CLERC, LLP | QUARLES & BRADY LLP |
|---|---|
| By:  /s/ Christopher LeClerc<br>      Christopher LeClerc<br>      Attorneys for Plaintiff<br>      ERIC JORGENSON | By:  /s/ Tracy L. Farley<br>      Tracy L. Farley<br>      Attorneys for Defendant<br>      USCC PAYROLL CORPORATION |

    Having reviewed the stipulation of counsels, the Court hereby finds good cause and hereby continues the April 29, 2011 case management conference until June 3, 2011.

    **IT IS SO ORDERED.**

Dated: April 27, 2011

_____
JUDGE JEFFREY S. WHITE