1  STEPHEN DANZ (SB# 68318)
   STEPHEN DANZ & ASSOCIATES
2  11661 San Vicente Blvd., Suite 500
   Los Angeles, CA 90049
3  Telephone: (877) 789-9707/Facsimile: (310) 207-5006
   stephen.danz@employmentattorneyca.com
4
5  CHRISTOPHER R. LECLERC (SB#233479)
   LE CLERC & LE CLERC, LLP
6  12 Geary Street, Suite 205
   San Francisco, CA 94108
7  Telephone: (415) 445-0900/Facsimile: (415) 445-9977
   chris@leclerclaw.com
8  Attorneys for Plaintiff
9  ERIC JORGENSON

10 ELLEN M. PAPADAKIS (SBN 186621)
   DAVID A. KOLEK (SBN 245330)
11 NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
12 San Francisco, California 94111-3600
   Telephone: (415) 984-8200/ Facsimile: (415) 984-8300
13 epapadakis@nixonpeabody.com
14
   ADRIANNE C. MAZURA (PRO HAC VICE)
15 TRACY L. FARLEY (PRO HAC VICE)
   QUARLES & BRADY LLP
16 300 North LaSalle Street, Suite 4000
   Chicago, IL 60654
17 Telephone: (312) 715-5214/Facsimile: (312) 632-1778
   adrianne.mazura@quarles.com
18 tracy.farley@quarles.com
19 Attorneys for Defendant
   USCC PAYROLL CORPORATION
20

21                    UNITED STATES DISTRICT COURT
22                    NORTHERN DISTRICT OF CALIFORNIA
23                         SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC JORGENSON,<br><br>               Plaintiff,<br><br>    vs.<br><br>USCC PAYROLL CORPORATION, a Delaware Corporation and DOES 1-100, inclusive,<br>               Defendants. | No. C 11-00026 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

-1-
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
QB\14142666.1

| | |
|---|---|
| 1 | Plaintiff, Eric Jorgenson, and Defendant, USCC Payroll Corporation, by and through their |
| 2 | respective attorneys, hereby stipulate to the dismissal of the above-captioned matter as follows: |
| 3 | 1. A full and final settlement has been reached in the above-captioned matter. |
| 4 | 2. The terms of the parties' Confidential Settlement and General Release Agreement |
| 5 | are to remain confidential on the terms set forth in the parties' Agreement. |
| 6 | |
| 7 | 3. In consideration thereof, the above-captioned matter is dismissed, with prejudice, |
| 8 | with each side to bear its own attorneys' fees and costs. |
| 9 | Dated: September 1, 2011 |

Respectfully Submitted,

LE CLERC & LE CLERC, LLP                             QUARLES & BRADY LLP

By: /s/ Christopher LeClerc                          By: /s/ Tracy L. Farley
    Christopher LeClerc                                  Tracy L. Farley
    Attorneys for Plaintiff                              Attorneys for Defendant
    ERIC JORGENSON                                       USCC PAYROLL CORPORATION

IT IS SO ORDERED.

Dated: September 1, 2011

_____
JUDGE JEFFREY S. WHITE