STEPHEN DANZ (SB# 68318)
STEPHEN DANZ & ASSOCIATES
11661 San Vicente Blvd., Suite 500
Los Angeles, CA 90049
Telephone: (877) 789-9707/Facsimile: (310) 207-5006
stephen.danz@employmentattorneyca.com

CHRISTOPHER R. LECLERC (SB#233479)
LE CLERC & LE CLERC, LLP
12 Geary Street, Suite 205
San Francisco, CA 94108
Telephone: (415) 445-0900/Facsimile: (415) 445-9977
chris@leclerclaw.com
Attorneys for Plaintiff
ERIC JORGENSON

ELLEN M. PAPADAKIS (SBN 186621)
DAVID A. KOLEK (SBN 245330)
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200/ Facsimile: (415) 984-8300
epapadakis@nixonpeabody.com

ADRIANNE C. MAZURA (PRO HAC VICE)
TRACY L. FARLEY (PRO HAC VICE)
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5214/Facsimile: (312) 632-1778
adrianne.mazura@quarles.com
tracy.farley@quarles.com
Attorneys for Defendant
USCC PAYROLL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC JORGENSON,<br>                Plaintiff,<br><br>    vs.<br><br>USCC PAYROLL CORPORATION, a Delaware Corporation and DOES 1-100, inclusive,<br>                Defendants. | No.   C 11-00026 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

Plaintiff, Eric Jorgenson, and Defendant, USCC Payroll Corporation, by and through their respective attorneys, hereby stipulate to the dismissal of the above-captioned matter as follows:

1. A full and final settlement has been reached in the above-captioned matter.

2. The terms of the parties' Confidential Settlement and General Release Agreement are to remain confidential on the terms set forth in the parties' Agreement.

3. In consideration thereof, the above-captioned matter is dismissed, with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: September 1, 2011

Respectfully Submitted,

| LE CLERC & LE CLERC, LLP | QUARLES & BRADY LLP |
|---|---|
| By: /s/ Christopher LeClerc<br>Christopher LeClerc<br>Attorneys for Plaintiff<br>ERIC JORGENSON | By: /s/ Tracy L. Farley<br>Tracy L. Farley<br>Attorneys for Defendant<br>USCC PAYROLL CORPORATION |

IT IS SO ORDERED.

Dated: September 1, 2011

_____
JUDGE JEFFREY S. WHITE

-2-
STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL

QB\14142666.1